STATE of Missouri, Respondent,

v.

Jesse G. KLUMPP, Defendant/Appellant.

Jesse G. KLUMPP, Defendant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 66200, 70445.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 20, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from his convictions and sentences for eight counts of sodomy in violation of § 566.060.3 RSMo Cum.Supp. 1993. Defendant also appeals from the denial of his Rule 29.15 motion for post-conviction relief. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rules 84.16(b) and 30.25(b).

STATE of Missouri, Respondent,

v.

Isaac HALEY, Jr., Appellant.

Isaac HALEY, Jr., Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 67648, 70399.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 20, 1997.

Irene Karns, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Assistant Attorney General, Jefferson City, for Respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

ORDER

PER CURIAM.

Isaac Haley, Jr. appeals the judgment entered on his conviction by a jury of delivery of a controlled substance under § 195.211 RSMo Cum.Supp.1993 and the denial of his 29.15 motion after an evidentiary hearing.

We have reviewed the briefs of the parties, the legal file and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgments affirmed in accordance with Rules 30.25(b) and 84.16(b).